1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SNUBA INTERNATIONAL, INC., a                No.  2:16-cv-1834 KJM DB
     Nevada Corporation,
12
                  Plaintiff,
13                                               ORDER
              v.
14
     KIRK GREEN, AN INDIVIDUAL, and
15   WHEELS-2-GO LLC, a Florida Limited
     Liability Company,
16
17                Defendants.

18

19          On November 4, 2016, plaintiff filed a motion for default judgment.  (ECF No. 14.)  That

20   motion is scheduled for hearing before the undersigned on December 8, 2016.  However, the

21   undersigned has determined that further briefing would be beneficial prior to the hearing of

22   plaintiff's motion.  Accordingly, the hearing of plaintiff's motion will be continued to January 6,

23   2017.

24          In this regard, plaintiff is directed to address the court's exercise of personal jurisdiction

25   over the defendants.  See generally Walden v. Fiore, 134 S.Ct. 1115, 1123 (2014) ("A forum

26   State's exercise of jurisdiction over an out-of-state intentional tortfeasor must be based on

27   intentional conduct by the defendant that creates the necessary contacts with the forum."); Picot

28   v. Weston, 780 F.3d 1206, 1212 (9th Cir. 2015) ("For claims sounding in tort, we instead apply a

                                              1

'purposeful direction' test and look to evidence that the defendant has directed his actions at the forum state, even if those actions took place elsewhere."); <u>CytoSport, Inc. v. Monster Muscle, Inc.</u>, No. 2:11-cv-1147 WBS DAD, 2013 WL 268742, at *4 (E.D. Cal. Jan. 23, 2013) ("Plaintiff's complaint simply asserts that defendant's actions constitute intentional infringement and that jurisdiction is proper in California because that is where plaintiff, holder of the trademarks, was harmed.  Such general allegations, however, are insufficient to establish that defendant's conduct was expressly aimed at California.").

Accordingly, IT IS HEREBY ORDERED that:

1.  The December 8, 2016 hearing of plaintiff's motion for default judgment (ECF No. 14) is continued to **January 6, 2017**, at 10:00 a.m. in courtroom number 27 before the undersigned; and

2.  On or before December 23, 2016, plaintiff shall file a supplemental brief, no longer than 10 pages, addressing the court's ability to exercise personal jurisdiction over the defendants.

DATED: December 5, 2016.

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\snuba1834.pers.jx.cont.ord

2